# In the United States District Court
# for the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| NICHOLAS RYAN HARRIS, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:17-cv-26 |
| | * | |
| v. | * | |
| | * | |
| TIFT COUNTY JAIL; and COFFEE | * | |
| COUNTY JAIL, | * | |
| | * | |
| Defendants. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 5, to which Plaintiff failed to file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's Complaint for improper venue and failure to state a claim. The Court **DENIES** Plaintiff *in forma pauperis* on appeal. The Court **DIRECTS** the Clerk of Court to **CLOSE** this case and to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 13 day of June, 2017.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)